IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:15-cv-00213-GBL-JFA |
| v. | )<br>) |
| IRON MOUNTAIN CONSTRUCTION, LLC, | )<br>) |
| Defendant. | ) |

### ORDER and FINAL JUDGMENT

Upon consideration of Report and Recommendation entered on June 22, 2015 by United States Magistrate Judge John F. Anderson (Doc. 16), who was designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 12) is **GRANTED**;

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Doc. 16), pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Plaintiff Trustees of the Plumbers and Pipefitters National Pension Fund against Defendant Iron Mountain Construction, LLC, on Count I in the amended complaint in the total amount of $58,206.39 consisting of the following:

(1) $41,756.64 in delinquent contributions;

(2) $6,110.51 in liquidated damages;

(2) $7,827.95 in accrued interest calculated at the rate of 12% from the date payments were due through June 19, 2015;

(4) $1,885.00 in attorneys' fees; and

(5) $629.29 in costs;

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Doc. 16), pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Plaintiff Trustees of the International Training Fund against Defendant Iron Mountain Construction, LLC on Count II in the complaint in the total amount of $2,035.18 consisting of the following:

(1) $1,374.40 in delinquent contributions;

(2) $403.87 in liquidated damages;

(3) $256.91 in accrued interest calculated at the rate of 12% from the date payments were due through June 19, 2015.

**IT IS SO ORDERED.**

ENTERED this 15th day of October, 2015.

Alexandria, Virginia
10 / 15 / 2015

/s/
Gerald Bruce Lee
United States District Judge

2